IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALONZO McKINNEY,** | 2:02-cv-2496 FCD GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **GRAY DAVIS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to thirty days from June 16, 2006, to file a dispositive motion.

Dated: 6/8/06                                         /s/ Gregory G. Hollows
                                                                _____
                                                                The Honorable Gregory G. Hollows

mck2496.eot

*[Proposed] Order*

1