IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

        Plaintiff,                      No. CIV S-02-2496 FCD GGH P

    vs.

GRAY DAVIS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On July 17, 2006, defendants filed a second request for a thirty day extension of time to file a summary judgment motion. Defendants' summary judgment motion was due on July 17, 2006.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 17, 2006, request for extension of time is granted;

        2. Defendants' summary judgment motion is due on or before August 18, 2006.

DATED: 7/26/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

mck2496.eot(2)