IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

        Plaintiff,                             No. CIV S-02-2496 FCD GGH P

     vs.

GRAY DAVIS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff has submitted a plastic bag containing blood swatches, hair samples and anti-ointment.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return to plaintiff the plastic bag containing blood swatches, hair samples and anti-ointment;

        2. Plaintiff may not submit any further "evidence" unless given leave by the court.

DATED: 9/13/06                             /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
mc2496.ord                             UNITED STATES MAGISTRATE JUDGE

1