IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY,

        Plaintiff,                    No. CIV. S-02-2496-FCD-GGH-P

    vs.

GRAY DAVIS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Defendants' summary judgment motion is pending before the court. Because it is unlikely that defendants' motion will be resolved prior to the pretrial conference and jury trial, these dates will be vacated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 8, 2006 request for the appointment of counsel is denied;

2. The pretrial conference set for September 29, 2006, and jury trial set for December 12, 2006, before Judge Damrell are vacated; these dates will be re-set at a later time, if appropriate.

DATED: September 14, 2006

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mcki2496.31