UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| ALONZO MCKINNEY,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>GRAY DAVIS; et al.,<br><br>  Defendants - Appellees. | No. 07-15501<br>D.C. No. CV-02-02496-FCD<br><br><br>**ORDER** |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _Plaintiff did not seriously attempt to present material issues of fact._

GREGORY G. HOLLOWS
Judge
United States District Court

Date: _April 18, 2007_